**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DAWN MOSLEY and MARY BETH
MARLOW,

        Plaintiffs,

vs.                                         CASE NO. 6:08-CV-1444-ORL-19GJK

DRAKE LAWN & PEST CONTROL, INC.,

        Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 39, filed May 14, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 39) is **ADOPTED and AFFIRMED.** The Parties Renewed Joint Motion for Approval of Settlement (Doc. No. 38, filed May 7, 2009) is **GRANTED**, and the settlement is hereby **APPROVED** to the extent that it is a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE**, and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___11th___ day of June, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record